# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

———————————————————————
GULED HASSAN DURAN (ISN 10023),　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Petitioner,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　　　)　　Civil Action No. 16-2358 (RBW)
　　　　　　　　　　　　　　　　　　　　)
JOSEPH R. BIDEN, in his official capacity　)
as President of the United States, <u>et al.</u>,　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Respondents.　　　　　　)
———————————————————————

## <u>ORDER</u>

Upon consideration of the petitioner's Unopposed Motion for Order to Produce

Transcript, and for good cause shown, it is hereby

**ORDERED** that the petitioner's Unopposed Motion for Order to Produce Transcript,

ECF No. 117, is **GRANTED**.  It is further

**ORDERED** that the court reporter shall provide a transcript of the non-<u>ex parte</u> portions

of the classified motions hearing held on October 2, 2020, to the United States Court Security

Office for delivery to the petitioner's counsel.

**SO ORDERED** this 4th day of February, 2021.


　　　　　　　　　　　　　　　REGGIE B. WALTON
　　　　　　　　　　　　　　　United States District Judge